**MEMO ENDORSED.**



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MATHEW V. JOHN, JR.**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Telephone: (212) 356-1941<br>E-mail: matjohn@law.nyc.gov |

April 28, 2025

Via ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

     **Re:** *Desiree Hill, et al. v. City of New York*
        Case No. 1:24-cv-06094-ALC-OTW

Dear Judge Wang:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I am assigned to represent Defendant, the City of New York, in the above-referenced action.

   In accordance with Your Honor's Individual Practices in Civil Cases, I write to respectfully request that the preliminary settlement conference call on Tuesday, April 29, 2025 at 11:00 a.m., *see* ECF No. 59, be adjourned, at the Court's convenience, to either: (1) Thursday, May 1, 2025; (2) Friday, May 2, 2025; or (3) Tuesday, May 6, 2025. The reason for this request is that Defendant's counsel will be defending a deposition on April 29, 2025. Plaintiffs' counsel has consented to this adjournment.

   I thank the Court for consideration of this request.

                     Respectfully submitted,

                     /s/ Mathew V. John, Jr.
                    Mathew V. John, Jr.
                    Assistant Corporation Counsel

Application **GRANTED.** The April 29 pre-settlement conference call is **ADJOURNED** to **May 6, 2025, at 4:00 p.m.** Please call Chambers at (212) 805-0260 when all counsel are on the same line.

**SO ORDERED.**

_/s/ Ona T. Wang_
Ona T. Wang
U.S.M.J. 4/28/2025

cc: <u>Via ECF</u>
Elizabeth R. Sprotzer, Esq.
Spivak Lipton, L.L.P.
*Attorney for Plaintiffs*
1040 Avenue of the Americas, 20th Floor
New York, New York 10019
Telephone: (212) 765-2100
E-mail: esprotzer@spivaklipton.com

Molly A. Elkin, Esq.
McGillivary Steele Elkin, L.L.P.
*Attorney for Plaintiffs*
1101 Vermont Avenue NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 833-8855
E-mail: mae@mselaborlaw.com

Patrick J. Miller-Bartley, Esq.
McGillivary Steele Elkin, L.L.P.
*Attorney for Plaintiffs*
1101 Vermont Avenue NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 833-8855
E-mail: pmb@mselaborlaw.com

Hope A. Pordy, Esq.
Spivak Lipton, L.L.P.
*Attorney for Plaintiffs*
1040 Avenue of the Americas, 20th Floor
New York, New York 10019
Telephone: (212) 765-2100
E-mail: hpordy@spivaklipton.com