**MEMO ENDORSED.**



| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MATHEW V. JOHN, JR.**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Telephone: (212) 356-1941<br>E-mail: matjohn@law.nyc.gov |

June 11, 2025

Via ECF
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

      Re: *Desiree Hill, et al. v. City of New York*
           Case No. 1:24-cv-06094-ALC-OTW

Dear Judge Wang:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I am assigned to represent Defendant, the City of New York, in the above-referenced action.

      In accordance with Your Honor's Individual Practices in Civil Cases, I write to respectfully request that the preliminary settlement conference call on Wednesday, June 25, 2025 at 2:30 p.m., *see* ECF No. 62, be adjourned, at the Court's convenience, for at least 30 days. This is Defendant's second request for an adjournment of the preliminary settlement conference call. Defendant's first request was granted. *See* ECF No. 61. Plaintiffs' counsel, Molly Elkin, has consented to this adjournment. The reason for this request is that Defendant requires additional time to obtain settlement authority in this case. Counsel are available on: (1) Wednesday, July 30, 2025; (2) Thursday, July 31, 2025; (3) Monday, August 4, 2025; or (4) Wednesday, August 6, 2025.

      I thank the Court for consideration of this request.

                              Respectfully submitted,

                              */s/ Mathew V. John, Jr.*
                              Mathew V. John, Jr.
                              Assistant Corporation Counsel

cc: <u>Via ECF</u>
Elizabeth R. Sprotzer, Esq.
Spivak Lipton, L.L.P.
*Attorney for Plaintiffs*
1040 Avenue of the Americas, 20th Floor
New York, New York 10019
Telephone: (212) 765-2100
E-mail: esprotzer@spivaklipton.com

Molly A. Elkin, Esq.
McGillivary Steele Elkin, L.L.P.
*Attorney for Plaintiffs*
1101 Vermont Avenue NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 833-8855
E-mail: mae@mselaborlaw.com

Patrick J. Miller-Bartley, Esq.
McGillivary Steele Elkin, L.L.P.
*Attorney for Plaintiffs*
1101 Vermont Avenue NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 833-8855
E-mail: pmb@mselaborlaw.com

Hope A. Pordy, Esq.
Spivak Lipton, L.L.P.
*Attorney for Plaintiffs*
1040 Avenue of the Americas, 20th Floor
New York, New York 10019
Telephone: (212) 765-2100
E-mail: hpordy@spivaklipton.com

Application **GRANTED.**

The June 25, 2025 preliminary settlement conference call is hereby **ADJOURNED** to **August 12, 2025, at 2:30 p.m.**

**SO ORDERED.**

_____
**Ona T. Wang**
**U.S.M.J. 6/18/2025**

2