UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DESIREE HILL, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

------------------------------------------------------------x

24-cv-6094 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a confidential Preliminary Settlement Conference Call on Tuesday, August 12, 2025.

Defendant is directed to respond to Plaintiff's outstanding demand issued earlier this year by **Friday, September 12, 2025**.

**SO ORDERED.**

Dated: August 13, 2025
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge