

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **Karen K. Rhau**<br>Assistant Corporation Counsel |

September 11, 2025

Via ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## Memo Endorsed.

        Re:        *Desiree Hill, et al. v. City of New York*
                    1:24-cv-06094-ALC

Dear Judge Wang:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant the City of New York ("Defendant") in the above-referenced case. I write pursuant to this Court's Individual Rule II(e), to respectfully request an extension of time to respond to Plaintiffs' settlement demand from September 12, 2025 to October 10, 2025, and an adjournment of the preliminary settlement conference call on September 17, 2025 to either October 14 (before 1:30pm or at/after 3:30pm), or October 21, 2025. This is Defendant's first request for an extension of the aforementioned deadlines. Plaintiffs consent to these requests on the condition that if the City is unable to respond to Plaintiffs' settlement demand by October 10, 2025, the Comptroller or a representative from the Comptroller's Office shall be required to appear before the Court to explain the delay at the Parties' next conference. Defendant cannot consent to Plaintiffs' condition.

      I apologize for missing the deadline to request an extension for Defendant's response to Plaintiffs' demand. Due to extensive motion practice and deadlines in other cases, I have been unable to file this letter by the September 9th deadline. Defendant requests an extension of the deadline to respond to Plaintiffs' settlement demand because the Comptroller's Office has advised that it will need an additional 30 days to evaluate the demand. Additionally, I am also working with the agency to address follow-up questions from the Comptroller, which is taking time. Defendant also requests an adjournment of the preliminary settlement conference call scheduled for September 17, 2025 because of an unavoidable scheduling conflict. I have conferred with opposing counsel and both parties are available October 14 (before 1:30pm or

at/after 3:30pm), or October 21, 2025, for a preliminary settlement conference. Accordingly, Defendant requests an extension to October 10, 2025 to respond to Plaintiffs' settlement demand, and an adjournment of the preliminary settlement conference call from September 17, 2025 to either October 14 (before 1:30pm or at/after 3:30pm), or October or 21, 2025.

I thank the Court for considering this request.

                                        Respectfully submitted,

                                        /s/ Karen K. Rhau
                                        Karen K. Rhau
                                        Assistant Corporation Counsel

cc:    Via ECF and E-mail
        Elizabeth R. Sprotzer, Esq.
        Spivak Lipton, L.L.P.
        1040 Avenue of the Americas, 20th Floor
        New York, New York 10019
        Telephone: (212) 765-2100
        E-mail: esprotzer@spivaklipton.com

        Molly A. Elkin, Esq.
        McGillivary Steele Elkin, L.L.P.
        1101 Vermont Avenue NW, Suite 1000
        Washington, D.C. 20005
        Telephone: (202) 833-8855
        E-mail: mae@mselaborlaw.com

        Patrick J. Miller-Bartley, Esq.
        McGillivary Steele Elkin, L.L.P.
        1101 Vermont Avenue NW, Suite 1000
        Washington, D.C. 20005
        Telephone: (202) 833-8855
        E-mail: pmb@mselaborlaw.com

        Hope A. Pordy, Esq.
        Spivak Lipton, L.L.P.
        1040 Avenue of the Americas, 20th Floor
        New York, New York 10019
        Telephone: (212) 765-2100
        E-mail: hpordy@spivaklipton.com

*Counsels for Plaintiffs*

---

**The Parties' extension request is GRANTED nunc pro tunc to October 10, 2025.** Accordingly, the Preliminary Settlement Conference on September 17 is **ADJOURNED** to October 30, 2025 at 3:00pm. Please call Chambers at 212-805-0260 when all counsel are on the line.

SO ORDERED.

_____
Ona T. Wang     September 15, 2025
U.S.M.J.

2