**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                     :

DESIREE HILL, et al.,           :

         Plaintiffs,     :      24-cv-6094 (ALC) (OTW)

                     :

        -against-      :       **ORDER**

                     :

CITY OF NEW YORK,      :

         Defendant.    :

                     :

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendant's *ex parte* request for an extension of deadline to respond to the mediator's proposal. Defendant's deadline is hereby **EXTENDED** to **Monday, February 2, 2026.**

       **SO ORDERED.**

                               *s/ Ona T. Wang*

Dated: December 19, 2025                    **Ona T. Wang**
      New York, New York          United States Magistrate Judge